NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

Submitted January 13, 2011
Decided January 24, 2011

**Before**

WILLIAM J. BAUER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 10-3320

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee,* | Court for the Northern District of |
| v. | Illinois, Eastern Division. |
| | |
| TOMMY E. JONES, | No.  1:02-CR-00895-16 |
| *Defendant-Appellant.* | |
| | Rebecca R. Pallmeyer, |
| | *Judge*. |

**O R D E R**

   This appeal is meritless.  It is remanded to the district court with instructions to dismiss for want of jurisdiction.